ROBERT V. CLOSSON, ESQ. (SBN 125646)
HIRSCH CLOSSON, APLC
5030 Camino de la Siesta, Suite 300
San Diego, CA 92108
Telephone (619) 233-7006
Facsimile (619) 233-7009
Email: bclosson@hirschclosson.com

Attorneys for Defendant
Associated Industries Insurance Company, Inc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. 2:20-CV-00429-TLN-EFB<br><br>JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER; ORDER<br><br>Complaint Filed: February 25, 2020<br><br>Trial Date: TBD |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

Plaintiff  Wesco Insurance Company ("Wesco" or "Plaintiff") and Defendant Ironshore Specialty Insurance Company ("Ironshore" or "Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully submit

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

JOINT STIPULATION TO MODIFY INITIAL PRETIAL SCHEDULING ORDER; ORDER    1    Case No. 2:20-cv-00429-TLN-EFB

this stipulation to modify and revise the dates set in this Court's Initial Pretrial Scheduling Order (ECF No. 3).

WHEREAS, Plaintiff filed its Complaint in the above-entitled Court on February 25, 2020.

WHEREAS, Defendant filed and served an Answer to Plaintiff's Complaint on April 10, 2020.

WHEREAS, on February 25, 2020, this Court issued an Initial Pretrial Scheduling Order ("Pretrial Scheduling Order") (ECF No. 3), which set, *inter alia*, the following dates:

a. Completion of discovery by December 4, 2020 (240 days from the date upon which the last answer may be filed; Ironshore's answer deadline was extended to April 9, 2020 via stipulation (Dkt. 7));

b. Initial designation and service of expert witness reports by February 2, 2021 (60 days after close of discovery);

c. Designation of supplemental and service of rebuttal expert witness reports by March 4, 2021 (30 days after initial designation of experts);

d. Last day to file dispositive motions by June 2, 2021 (180 days after close of discovery); and

e. Last day to file joint notice of trial readiness, if no party has filed a dispositive motion, by April 2, 2021 (120 days after close of discovery).

/

//

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

JOINT STIPULATION TO MODIFY INITIAL PRETIAL SCHEDULING ORDER; ORDER     2     Case No. 2:20-cv-00429-TLN-EFB

WHEREAS, the parties filed a Joint Discovery Plan on May 18, 2020 (ECF No. 10) indicating their willingness to participate in the Voluntary Dispute Resolution Program ("VDRP") pursuant to L.R. 271.

WHEREAS, on May 18, 2020, this Court issued a Minute Order (ECF No. 11) referring the parties to the VDRP.

WHEREAS, in light of referral to VDRP, the ongoing health crisis regarding COVID-19 and the relative burden of same on the parties and the California court system, the parties now seek to modify the deadlines identified herein in order to allow additional time to pursue informal resolution through the VDRP and explore the possibility of otherwise resolving anticipated issues relative to the claims at issue in this matter. Such request seeks to extend the close of discovery by forty-two (42) days, which will concurrently extend the remaining deadlines by forty-two (42) days.

WHEREAS, good cause exists to modify the Pretrial Scheduling Order because further litigation may be unnecessary if the parties are able to resolve the matter either informally or through the VDRP.

WHEREAS, the parties have not requested any prior modification to the Pretrial Scheduling Order and any successful efforts to resolve the case may result in freeing up the Court's calendar.

NOW, THEREFORE, the parties, by and through their respective counsel of record, AGREE AND HEREBY STIPULATE that good cause exists to modify the Pretrial Scheduling Order as follows:

///

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

JOINT STIPULATION TO MODIFY INITIAL PRETIAL SCHEDULING ORDER; ORDER    3    Case No. 2:20-cv-00429-TLN-EFB

    a.    Completion of discovery by January 15, 2021 (281 days from the date upon which the last answer may be filed);

    b.    Initial designation and service of expert witness reports by March 16, 2021 (60 days after close of discovery);

    c.    Designation of supplemental and service of rebuttal expert witness reports by April 15, 2021 (30 days after initial designation of experts);

    d.    Last day to file dispositive motions by July 14, 2021 (180 days after close of discovery);

    e.    Last day to file joint notice of trial readiness, if no party has filed a dispositive motion by May 14, 2021 (120 days after close of discovery);

IT IS SO STIPULATED.

DATED: June 3, 2020        HIRSCH CLOSSON, APLC

By /s/ Christopher T. Hicks
Robert V. Closson, Esq.
Christopher T. Hicks, Esq.
Attorneys for Plaintiff,
WESCO INSURANCE COMPANY

DATED: June 3, 2020        WILSON ELSER MOSKOWITZ EDELMAN AND DICKER, LLP

By /s/ Dawn Silberstein (as authorized on June 9, 2020)
John Podesta, Esq.
Dawn Silberstein, Esq.
Attorneys for Defendant,
IRONSHORE SPECIALTY INSURANCE COMPANY

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

JOINT STIPULATION TO MODIFY INITIAL PRETIAL SCHEDULING ORDER; ORDER    4    Case No. 2:20-cv-00429-TLN-EFB

# ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Pretrial Scheduling Order be modified as follows:

a. Completion of discovery by January 15, 2021 (281 days from the date upon which the last answer may be filed);

b. Initial designation and service of expert witness reports by March 16, 2021 (60 days after close of discovery);

c. Designation of supplemental and service of rebuttal expert witness reports by April 15, 2021 (30 days after initial designation of experts);

d. Last day to file dispositive motions by July 14, 2021 (180 days after close of discovery);

e. Last day to file joint notice of trial readiness, if no party has filed a dispositive motion, by May 14, 2021 (120 days after close of discovery);

**IT IS SO ORDERED.**

Dated: June 10, 2020

Troy L. Nunley
United States District Judge

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

JOINT STIPULATION TO MODIFY INITIAL PRETIAL SCHEDULING ORDER; ORDER    5    Case No. 2:20-cv-00429-TLN-EFB