Robert V. Closson, Esq. (SBN 125646)
bclosson@hirschclosson.com
Christopher T. Hicks, Esq. (SBN 300462)
chicks@hirschclosson.com
HIRSCH CLOSSON, APLC
5030 Camino de la Siesta, Suite 300
San Diego, CA 92108
Telephone (619) 233-7006
Facsimile (619) 233-7009

Attorneys for Plaintiff,
WESCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO INSURANCE COMPANY, a New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona Corporation; and DOES 1 through 10, inclusive, <br><br> Defendant(s). | CASE NO. 2:20-cv-00429-TLN-JDP <br><br> JOINT MEDIATION REPORT; JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER <br><br> Complaint Filed: February 25, 2020 <br><br> Trial Date: TBD |

   Plaintiff Wesco Insurance Company ("Wesco" or "Plaintiff") and Defendant Ironshore Specialty Insurance Company ("Ironshore" or "Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully submit this initial mediation status report and stipulation to modify and revise the dates set in this Court's Order Modifying the Pretrial Scheduling Order (ECF No.13).

   WHEREAS, Plaintiff filed its Complaint in the above-entitled Court on

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

JOINT MEDIATION REPORT; JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER
1

1  February 25, 2020.

2  WHEREAS, Defendant filed and served an Answer to Plaintiff's Complaint
3  on April 10, 2020.

4  WHEREAS, on February 25, 2020, this Court issued an Initial Pretrial
5  Scheduling Order ("Pretrial Scheduling Order") (ECF No. 3), which set, *inter alia*,
6  the following dates:

    a. Completion of discovery by December 4, 2020 (240 days from the date upon which the last answer may be filed; Ironshore's answer deadline was extended to April 9, 2020 via stipulation (Dkt. 7));

    b. Initial designation and service of expert witness reports by February 2, 2021 (60 days after close of discovery);

    c. Designation of supplemental and service of rebuttal expert witness reports by March 4, 2021 (30 days after initial designation of experts);

    d. Last day to file dispositive motions by June 2, 2021 (180 days after close of discovery); and

    e. Last day to file joint notice of trial readiness, if no party has filed a dispositive motion, by April 2, 2021 (120 days after close of discovery).

WHEREAS, the Parties filed a Joint Discovery Plan on May 18, 2020 (ECF No. 10) indicating their willingness to participate in the Voluntary Dispute Resolution Program ("VDRP") pursuant to L.R. 271.

WHEREAS, on May 18, 2020, this Court issued a Minute Order (ECF No. 11) referring the Parties to the VDRP.

WHEREAS, in order to allow the Parties sufficient time to participate in the VDRP, on June 9, 2020, the Parties filed a Joint Stipulation to Modify Initial Pretrial Scheduling Order (ECF No. 12) which sought to extend the certain discovery deadlines.

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

JOINT MEDIATION REPORT; JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER
2

WHEREAS, on June 10, 2020, this Court issued an Order Modifying the Pretrial Scheduling Order ("Revised Scheduling Order") (ECF No. 13), which continued each of the above-referenced dates by approximately 42-days, thereby setting the following dates:

   a.  Completion of discovery by January 15, 2021 (281 days from the date upon which the last answer may be filed);

   b.  Initial designation and service of expert witness reports by March 16, 2021 (60 days after close of discovery);

   c.  Designation of supplemental and service of rebuttal expert witness reports by April 15, 2021 (30 days after initial designation of experts);

   d.  Last day to file dispositive motions by July 14, 2021 (180 days after close of discovery);

   e.  Last day to file joint notice of trial readiness, if no party has filed a dispositive motion by May 14, 2021 (120 days after close of discovery);

WHEREAS, following the selection and subsequent withdrawal of multiple potential VDRP neutrals, the Parties mutually agreed to participate in private mediation with mediator Rachel Ehrlich, Esq., and this Court thereafter issued a Notice of Removal from VDRP in light of such agreement. (ECF No. 18.)

WHEREAS, the private mediation was originally scheduled to occur on November 10, 2020, but was later rescheduled for December 14, 2020.

WHEREAS, on December 14, 2020, counsel for the Parties along with a representative for both Wesco and Ironshore participated in a full-day private mediation with mediator Rachel Ehrlich, Esq.

WHEREAS, the Parties were unable to resolve their dispute during mediation; however, the Parties engaged in a substantive dialogue concerning settlement and have agreed that this matter is reasonably likely to settle in its

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

JOINT MEDIATION REPORT; JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER

3

entirety following further informal settlement discussions between the Parties, which the Parties have tentatively agreed will take place the first half of January 2021 in order to accommodate pandemic- and holiday-related scheduling challenges for necessary decision-makers.

WHEREAS, in light of the recent mediation and the Parties' belief that this matter is reasonably likely to settle in its entirety following further informal settlement discussions between them, which the Parties anticipate will take place in or about early January 2021, in addition to the ongoing health crisis regarding COVID-19 and the relative burden of same on the Parties and the California court system, the Parties now seek to modify the deadlines identified herein in order to allow additional time to pursue informal resolution and explore the possibility of otherwise resolving anticipated issues relative to the claims at issue in this matter.

WHEREAS, the Parties have been granted only one prior modification to the Pretrial Scheduling Order; and any successful efforts to resolve the case will result in freeing up the Court's calendar.

NOW, THEREFORE, the Parties, by and through their respective counsel of record, AGREE AND HEREBY STIPULATE that good cause exists to modify the Revised Scheduling Order (ECF No. 13) as follows:

a. Completion of discovery by February 28, 2021 (325 days from the date upon which the last answer may be filed);

b. Initial designation and service of expert witness reports by April 29, 2021 (60 days after close of discovery);

c. Designation of supplemental and service of rebuttal expert witness reports by May 28, 2021 (29 days after initial designation of experts);

d. Last day to file dispositive motions by August 27, 2021 (180 days after close of discovery);

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

JOINT MEDIATION REPORT; JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER
4

  e. Last day to file joint notice of trial readiness, if no party has filed a dispositive motion by June 28, 2021 (120 days after close of discovery).

IT IS SO STIPULATED.

DATED: December 18, 2020   HIRSCH CLOSSON, APLC

              By <u>/s/ Christopher T. Hicks</u>
               Robert V. Closson, Esq.
              Christopher T. Hicks, Esq.
              Attorneys for Plaintiff,
              WESCO INSURANCE COMPANY

DATED: December 18, 2020   WILSON ELSER MOSKOWITZ EDELMAN AND DICKER, LLP

              By <u>/s/ Dawn Silberstein (as authorized on December 18, 2020)</u>
              John Podesta, Esq.
              Dawn Silberstein, Esq.
              Attorneys for Defendant,
              IRONSHORE SPECIALTY INSURANCE COMPANY

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

JOINT MEDIATION REPORT; JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER

5

# ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Revised Scheduling Order (ECF No. 13) be modified as follows:

a. Completion of discovery by February 28, 2021 (325 days from the date upon which the last answer may be filed);

b. Initial designation and service of expert witness reports by April 29, 2021 (60 days after close of discovery);

c. Designation of supplemental and service of rebuttal expert witness reports by May 28, 2021 (29 days after initial designation of experts);

d. Last day to file dispositive motions by August 27, 2021 (180 days after close of discovery);

e. Last day to file joint notice of trial readiness, if no party has filed a dispositive motion by June 28, 2021 (120 days after close of discovery).

**IT IS SO ORDERED.**

Dated: December 21, 2020

Troy L. Nunley
United States District Judge

Hirsch Closson, APLC
5030 Camino de la Siesta
Suite 300
San Diego, CA 92108
(619) 233-7006

JOINT MEDIATION REPORT; JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER
6